United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLORIA SANCHEZ,
Plaintiff,

v.

CENTRAL MORTGAGE COMPANY,
Defendant.

Case No. 15-cv-03597-JSC

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 17

Plaintiff Gloria Sanchez ("Plaintiff") brings this foreclosure-related action against Defendant Central Mortgage Company ("Defendant") alleging that Defendant engaged in fraud, violated the California Homeowners Bill of Rights, and is liable for breach of contract and breach of the covenant of good faith and fair dealing in connection with its roles as servicer of Plaintiff's residential mortgage loan.[1] (Dkt. No. 1.) Now pending before the Court is Defendant's Motion to Dismiss, filed on October 8, 2015, in which Defendant seeks to dismiss the complaint in its entirety pursuant to Federal Rule of Civil Procedure 12(b) subdivisions (1) and (6). (Dkt. No. 17.) By operation of the Local Rules, Plaintiff's opposition to the motion was due on October 22, 2015. *See* N.D. Cal. L.R. 7-3(a) ("The opposition must be filed and served not more than 14 days after the motion was filed."). That deadline has come and gone, but Plaintiff has not filed an opposition. Plaintiff is therefore ORDERED to SHOW CAUSE by **November 9, 2015**, why the Court should not grant Defendant's motion. Plaintiff must explain her failure to timely oppose Defendant's motion and must also file an opposition by that date. Plaintiff is warned that a failure to comply with this Order may result in the dismissal of this action for failure to prosecute or to

[1] Plaintiff named MTC Financial, Inc. as a defendant in the complaint, but has since filed a notice of voluntary dismissal of claims against that entity. (Dkt. No. 12.)

United States District Court
Northern District of California

comply with a court order. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: October 30, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge